JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **MICHAEL DEWAYNE JONES,** | ) | **NO. CV 19-6225-DDP (KS)** |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **PFEIFFER,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

     Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:    August 12, 2019

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE